# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0529

VERSUS

MIGUEL CHRISTIAN THERIOT                              **AUGUST 16, 2021**

---

In Re:     Miguel Christian Theriot, applying for supervisory
           writs, 32nd Judicial District Court, Parish of
           Terrebonne, No. 666893.

---

**BEFORE:     McDONALD, LANIER, AND WOLFE, JJ.**

    **WRIT DENIED.**

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT